UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEANNA JEAN SALISBURY,<br>               Plaintiff,<br>-v-<br>COMMISSIONER OF SOCIAL SECURITY,<br>               Defendant. | No. 1:18-cv-980<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 22), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: December 11, 2019         /s/ Paul L. Maloney
                                Paul L. Maloney
                                United States District Judge